

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-09-00107-CV

Hermila **LOPEZ**; Maria A. Cardiel; Maria Elena Jensen; Santos Cerda, Jr.;
Dora James and Elida Valladarez,
Appellants

v.

Robert S. **KLINE** and Shirley Kline,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-02854
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  August 12, 2009

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate

of service to Appellees Robert S. Kline and Shirley Kline who have not opposed the motion.

Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM